**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                       NO. 4:11CV00083 JLH

BETTY J. FOSTER, individually, and d/b/a
FOSTERS INCOME TAX SERVICE                                      DEFENDANT

### AMENDED ORDER

The United States of America has filed a motion and supplemental motion to hold the defendant, Betty J. Foster, in contempt of court. On two prior occasions, the Court has ordered Betty J. Foster to appear and show cause as to why she should not be held in contempt of court. She was commanded to appear at 1:00 p.m., on Monday, September 19, 2011, in the United States Courthouse in Jonesboro, Arkansas, but she did not appear. She was also ordered to appear in the United States Courthouse in Little Rock, Arkansas, at 3:00 p.m., Friday, March 23, 2012, but she did not appear. On both occasions, the record of the Court indicates that she received the receipt of the show cause order by certified mail.

The Court hereby ORDERS Foster *to appear at 11:00 a.m., on Monday, April 2, 2012, in Courtroom #324 of the E.C. "Took" Gathings Federal Courthouse, 615 South Main Street, in Jonesboro, Arkansas*.

The Court ORDERS the Clerk to serve a copy of this Order to Betty J. Foster, individually, and d/b/a Fosters Income Tax Service, 4864 Highway 90, Knobel, Arkansas 72435, by both regular mail and certified mail, return receipt requested. The Court also directs the Clerk to include with this Order a copy of the CJA 23 Financial Affidavit for Foster to complete. The Court directs Foster to complete the CJA 23 Financial Affidavit and bring it with her to the show cause hearing on April 2, 2012.

NOTICE IS HEREBY GIVEN THAT IF BETTY FOSTER DOES NOT APPEAR AT THE HEARING ON APRIL 2, 2012, THE COURT WILL FIND THAT SHE IS IN CIVIL CONTEMPT AND WILL ISSUE A WRIT OF BODY ATTACHMENT DIRECTING THE UNITED STATES MARSHAL TO TAKE HER INTO CUSTODY AND BRING HER TO THE COURT WITHOUT UNDUE DELAY.

IT IS SO ORDERED this 26th day of March, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE