Case 4:11-cv-00083-JLH   Document 31   Filed 04/02/12   Page 1 of 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 2 2012

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                         NO. 4:11CV00083 JLH

BETTY J. FOSTER, individually, and d/b/a
FOSTERS INCOME TAX SERVICE                                                          DEFENDANT

## ORDER

Betty J. Foster has filed a Declaration stating that she has contacted by mail all persons and/or entities identified on the client list provided to her by the Department of Justice and informed them of her consent to the Stipulated Order of Permanent Injunction. As directed by the Court on Thursday, March 30, 2012, Foster has attached a list of everyone to whom she says she has given this notice. That list includes personal identification information, including Social Security numbers. The Clerk is directed to file the list under seal as a sealed exhibit to the Declaration. Though the exhibit is sealed, the Clerk may provide a copy of it to Richard G. Rose, attorney of record for the United States.

IT IS SO ORDERED this 2nd day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE