## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                        NO. 4:11CV00083 JLH

BETTY J. FOSTER, individually, and d/b/a
FOSTERS INCOME TAX SERVICE                              DEFENDANT

### **ORDER**

It appears that Betty J. Foster is now in compliance with the previous Orders of this Court.

The motion for contempt is therefore denied as moot. Document #3.

IT IS SO ORDERED this 23rd day of April, 2012.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE