#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                            NO. 4:11CV00083 JLH

BETTY J. FOSTER, individually, and d/b/a
FOSTERS INCOME TAX SERVICE                                                           DEFENDANT

### ORDER

It appears that Betty J. Foster is now in compliance with the previous Orders of this Court.

The motion for contempt is therefore denied as moot. Document #3.

IT IS SO ORDERED this 23rd day of April, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE